UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FYI MC, LLC, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-02845-EMC<br><br>**ORDER RE CLARIFICATION AND SUPPLEMENTAL BRIEFING**<br><br>Docket No. 9 |

　　　　The Milliken Creek Inn & Spa's (the "Hotel's") website states that it "[is] in the process of building a fully accessible guestroom." *See* Docket No. 9-2 (Req. for Judicial Notice), Ex. 2. Considering this statement, the parties are instructed to submit supplemental briefing on the following questions:

　　　　1.　　Was the Hotel built before 1991?

　　　　2.　　What does the Hotel mean by "in the process of building a fully accessible guestroom"?

　　　　3.　　The Department of Justice's (DOJ's) 2010 Guidance interprets the Reservations Rule, 28 C.F.R. § 36.302(e)(1)(ii), as requiring "older hotels with limited accessibility features" to include in their reservations system

> at a minimum, information about accessible entrances to the hotel, the path of travel to guest check-in and other essential services, and the accessible route to the accessible room or rooms. In addition to the room information described above, these hotels should provide information about important features that do not comply with the 1991 Standards. . . . Reservations services for these entities should include this information and provide a way for guests to contact the appropriate hotel employee for additional information.

28 C.F.R. § Pt. 36, App. A, "Title III Regulations 2010 Guidance and Section-by-Section Analysis" (the "2010 Guidance"). Does this interpretation of the Reservations Rule apply to the Hotel? If so, does the Hotel's website include all this information?

The parties are instructed to submit their supplemental briefs addressing these questions, in ten (10) pages or less, on or before June 22, 2021. The hearing on Defendant's motion to dismiss, Docket No. 9, is rescheduled for 11:00 a.m. on Tuesday, June 29, 2021.

**IT IS SO ORDERED**.

Dated: June 18, 2021

EDWARD M. CHEN
United States District Judge